IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

D.V.D., et al.,

           Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

           Defendants.

Case No. 1:25-cv-10676-BEM

**[PROPOSED] ORDER GRANTING PRESS MOVANTS'
MOTION TO INTERVENE AND UNSEAL COURT RECORDS**

This matter is before the Court on the Motion to Intervene and Unseal Court Records filed by a coalition of news organizations (together, the "Press Movants"). Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Press Movants' request for limited intervention is GRANTED; and

IT IS HEREBY FURTHER ORDERED that the Press Movants' motion to unseal is GRANTED.

The Clerk of Court is directed (1) to unseal the Declaration of Secretary of Defense Pete Hegseth, ECF No. 131-1, and (2) to place a copy of the full transcript of the May 21, 2025 hearing in this matter, ECF No. 145, on the public docket.

IT IS SO ORDERED.

Dated: _____

                                                                                                   _____
The Honorable Brian E. Murphy
United States District Judge